**UNITED STATES BANKRUPTCY COURT**
**Northern District of Georgia**
**Rome Division**

In Re: Debtor(s)
**Shantika Maria Baltimore**

Case No.: **25–40515–bem**
Chapter: **13**

# ORDER OF DISMISSAL FOR FAILURE TO PAY FILING FEES

The above referenced case was filed on April 10, 2025. An Order Regarding Unpaid Filing Fees was issued on April 11, 2025 and the debtor has failed to comply with the terms of that Order. Accordingly, it is hereby

ORDERED THAT THIS CASE IS DISMISSED.

The Clerk is directed to serve a copy of this Order on the Debtor(s), Debtor's counsel, Trustee, and all parties on the mailing matrix.

**SO ORDERED,** on April 29, 2025.

Barbara Ellis–Monro
United States Bankruptcy Judge

Form 523